**Fred J. Williams, appellant, v. Francis L. Daily, appellee. Gen. No. 32,034.**

Action to recover real estate broker's commissions. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Peter H. Schwaba, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1927. Affirmed. Opinion filed January 31, 1928.

Clark & Clark, for appellant; Russell S. Clark, of counsel. Cooke, Sullivan & Ricks, for appellee; Edwin Hedrick, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Charles W. Peters for use of Dennis J. Egan, bailiff of the municipal court of Chicago, appellant, v. Logan Square Trust & Savings Bank et al., appellees. Gen. No. 32,051.**

Appeal from order overruling demurrers in accord with mandate of Appellate Court. Appeal from the Circuit Court of Cook county; the Hon. John A. Swanson, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1927. Affirmed. Opinion filed January 31, 1928.

Adams & Hawley, for appellant; Melvin M. Hawley, of counsel. Fred B. Silsbee, for appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**W. E. Bayfield, appellee, v. W. E. Defenbacher, appellant. Gen. No. 32,063.**

Action for money had and received. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. C. F. McKinley, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1927. Reversed and remanded. Opinion filed January 31, 1928.

Benjamin Levering and Elmer H. Heitmann, for appellant. McGilvray, Eames, Vaughan & Tilley, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Louis Kanter, appellee, v. Sam Zuckerman, trading as Zuckerman Dress Manufacturing Company, appellant. Gen. No. 32,078.**

Action to recover brokerage commissions. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. J. Fred Gilster, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1927. Affirmed. Opinion filed January 31, 1928.

Golden & Kagan, for appellant. Arnold N. Frieder, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.